UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
CONDORE CONSTRUCTION COMPANY
                                      Debtor.                            No. 05-17265-M7

REPORT TO THE COURT OF UNCLAIMED
FUNDS TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 341(a) and Bankruptcy rule 3011, I report to the Court that I will deposit the total sum of $90.06 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amounts which they are entitled to be paid are listed here:

Motion Industries, Inc.                                        $90.06
PO Box 1477
Birmingham, AL 35201

                                                    *Electronically filed*
                                                    Yvette J. Gonzales
                                                   Trustee
                                                   P.O. Box 1037
                                                   Placitas, NM 87043
                                                   (505) 771-0700

THIS WILL CERTIFY that a true copy of the above was emailed to the U.S. Trustee this 23rd day of November, 2009.